# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146424 & (14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL PAUL BALLERINI,
      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

SC: 146424
COA: 307226
Jackson CC: 11-001723-AW

_____/

On order of the Court, the complaint for a writ of habeas corpus, treated as an application for leave to appeal the November 19, 2012 order of the Court of Appeals, is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to show cause is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

p0325